**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA ANAYA, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>INSURANCE AUTO AUCTIONS, INC.; RITCHIE BROS. AUCTIONEERS (AMERICA) INC.; RAYMOND RODECKER, an individual; and Does 1 through 50, inclusive,<br><br>DEFENDANTS. | Case No.: 2:24-cv-09785-CAS-PD<br>Unlimited Civil Matter<br>Hon. Christina A. Snyder<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>Action Filed:   November 13, 2024<br>Trial Date:      September 8, 2026<br>District Judge:  Hon. Christina A. Snyder<br>Magistrate Judge: Hon. Patricia Donahue |

ORDER

# ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED:  December 4, 2025

_____
Honorable Christina A. Snyder
United States District Judge